**515** BROADWAY REALTY CORPORATION, Respondent, *v.* EDBRO REALTY Co., INC., Appellant.

(Argued March 20, 1934; decided May 22, 1934.)

*David P. Siegel, Irving Davis* and *Milton B. Seasonwein* for appellant.

*Arthur T. O'Leary* and *Emanuel J. Freiberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.